

**LODGED**

4/4/2024

CENTRAL DISTRICT OF CALIFORNIA

BY: ___ TV ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**FILED**
**CLERK, U.S. DISTRICT COURT**

**4/10/2024**

CENTRAL DISTRICT OF CALIFORNIA

BY: ___ CDO ___ DEPUTY

| | |
|---|---|
| Case Number __2:24-cr-00226-JLS__ | Defendant Number __1__ |
| U.S.A. v. __Gerardo Ortiz__ | Year of Birth __1989__ |

☐ Indictment    ☑ Information    Investigative agency (FBI, DEA, etc.) __FBI__

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor    ☐ Minor Offense    ☐ Petty Offense

☐ Class B Misdemeanor    ☐ Class C Misdemeanor    ☑ Felony

b. Date of Offense __Through at least March 30, 2019__

c. County in which first offense occurred

__Los Angeles__

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles    ☐ Ventura

☐ Orange    ☐ Santa Barbara

☐ Riverside    ☐ San Luis Obispo

☐ San Bernardino    ☐ Other _____

Citation of Offense __21 U.S.C. § 1904 (c) (2)__

_____

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)    ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No    ☐ Yes

If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): CR 22-267-MEMF

_____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: _____

Case Number: _____

Assigned Judge: _____

Charging: _____

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?    ☐ No    ☑ Yes

IF YES, provide Name: __Nathan Hochman__

Phone Number: __424.704.5600__

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

☐ Yes*    ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*    ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**    ☐ Yes    ☐ No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

☐ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*    ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes    ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?   ☑ YES   ☐ NO

IF YES, list language and/or dialect:

Spanish

**OTHER**

☑ Male   ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s)

This defendant is charged in:
   ☑ All counts
   ☐ Only counts:

☐ This defendant is designated as "High Risk" per
   18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud   ☐ public corruption

☐ government fraud   ☐ tax offenses

☐ environmental issues   ☐ mail/wire fraud

☐ narcotics offenses   ☐ immigration offenses

☐ violent crimes/firearms   ☐ corporate fraud

☑ Other   Sanctions violations

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?   ☐ Yes   ☐ No

d. Is on bail or release from another district:

Defendant is **in custody**:

a. Place of incarceration:   ☐ State   ☐ Federal

b. Name of Institution: _____

c. If Federal, U.S. Marshals Service Registration Number:

d. ☐ Solely on this charge. Date and time of arrest:

e. On another conviction:   ☐ Yes   ☐ No

   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐ Yes   ☐ No

   IF YES :   ☐ State   ☐ Federal   AND

   Name of Court: _____

   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ☐ 20   ☐ 21   ☐ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

Date   04/04/2024

Signature of Assistant U.S. Attorney

Alexander B. Schwab

Print Name