Mark J. Werksman, State Bar No. 120767
Werksman Jackson & Quinn LLP
888 West Sixth Street, Fourth Floor
Los Angeles, California  90017
Telephone (213) 688-0460 / Facsimile (213) 624-1942

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 24-CR-00226-1-MEMF |
| v. | |
| GERARDO ORTIZ MEDINA | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

Stipulation to a Joint Sentencing Recommendation

**Reason:**

[✓]  Under Seal
[ ]  In Camera
[ ]  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ]  Per Court order dated: _____
[ ]  Other:

November 17, 2025
Date

Mark J. Werksman
Attorney Name

Gerardo Ortiz Medina
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING